# Order

Michigan Supreme Court
Lansing, Michigan

October 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149691(93)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 149691
                                  COA: 309522

FUAD FAROUK SHEENA,
     Defendant-Appellant.

                                  Oakland CC: 2011-237051-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's May 20, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2015



Clerk

d1027